IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  DARRYL ROOKER              ) CASE NO.  15-55786
        VALERIE ROOKER              )
                                              ) CHAPTER 13
                                              )
                                              ) JUDGE HOFFMAN

NOTICE OF CHANGE OF ADDRESS

    Now comes the Debtors, by and through Counsel, and hereby notify the court of
A change of mailing Address for Debtor Darryl & Valerie Rooker.

        9065 Heigle Road SW
        Stoutsville, OH 43154

                                          /s/ Karen E. Hamilton, #0064808
                                          Attorney for Debtors
                                          31 E. Whittier Street
                                          Columbus, Ohio 43206
                                          (614) 443-7920
                                          (614) 443-7922 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st of August 2016, a copy of the Debtor's Change of mailing Address was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses with the Court:

1. Office of the U. S. Trustee
   *Served Electronically

2. Faye D. English, Chapter 13 Trustee
   *Served Electronically

/s/ Karen E. Hamilton, #0064808
Attorney for Debtors
31 E. Whittier St.
Columbus, Ohio 43206
(614) 443-7920
(614) 443-7922 fax